**Opinion issued February 19, 2015**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-14-00840-CV

———————————

**GEORGE E. DIXON, Appellant**

**V.**

**FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, Appellee**

---

**On Appeal from the 122nd Judicial District Court**
**Galveston County, Texas**
**Trial Court Cause No. 11-CV-0690**

---

### MEMORANDUM OPINION

Appellant, George E. Dixon, proceeding *pro se*, has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a),

101.041(1) (West 2013), § 101.0411 (West Supp. 2014); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Furthermore, appellant has failed to timely file his appellate brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a)(1). After being notified by the Clerk of this Court on November 5, 2014, that his appeal was subject to dismissal for failure to pay the filing fee, and again on January 21, 2015, that his appeal was subject to dismissal for failure to timely file his appellate brief, appellant failed to timely respond to either notice. *See* TEX. R. APP. P. 5, 38.8(a)(1), 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of the required fee and for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 5, 38.8(a)(1), 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.